# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1259** **September Term, 2026**

**EPA-91FR58954**

**Filed On: October 1, 2026** **[2195923]**

State of New York, et al.,

Petitioners

v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

Respondents

------------------------------

Consolidated with 26-1238

**O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 26-1259 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | November 2, 2026 |
| Statement of Issues to be Raised | November 2, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Kendall M. Callow
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form