United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1238** **September Term, 2026**

**EPA-91FR58954**

**Filed On: November 17, 2026** [2203803]

American Lung Association, et al.,

Petitioners

v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

Respondents

------------------------------

America's Power, et al.,
Intervenors
------------------------------

Consolidated with 26-1259, 26-1320, 26-1321

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No.(s) 26-1320 and 26-1321 are directed to comply with the deadlines set in the order filed November 5, 2026, in case No. 26-1238.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk

November 5, 2026 Order